# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                    No. 4:17-cr-312-DPM-11

IVAN PEREZ-MEDRANO                           DEFENDANT

## ORDER

1. Perez-Medrano pleaded guilty to conspiring to possess methamphetamine intending to distribute it. *Doc. 725 & 727*. After the COVID-19 pandemic began, he moved for release pending sentencing under 18 U.S.C. § 3145(c) based on exceptional reasons. *Doc. 864 & 867*. Because his crime carried a maximum penalty of life, none of the statutory exceptions applied, and no appeal had been filed, the Court denied the motion without prejudice. 18 U.S.C. §§ 3143(a)(2) & 3145(c); *Doc. 866 & 868*. Perez-Medrano has now appealed his detention and renewed his motion for release. *Doc. 887*. In light of the appeal, the Court concludes that it has jurisdiction and will consider release on the merits. 18 U.S.C. § 3145(c).

2. Perez-Medrano's motion fails. Perez-Medrano is a Hispanic man in his mid-thirties. According to the presentence report, he suffers from high blood pressure and sleep apnea. His concerns about the virus are therefore understandable. Further, Perez-Medrano has no criminal history and performed well on pretrial supervision.

Nonetheless, the Eighth Circuit defines "exceptional reasons" as "clearly out of the ordinary, uncommon or rare." *United States v. Brown*, 368 F.3d 992, 993 (8th Cir. 2004) (*per curiam*). Many defendants who come before the Court suffer from physical ailments similar to Perez-Medrano's. And though his good behavior on pretrial release and lack of criminal history are commendable, and will be relevant to the Court's decision at sentencing, they are not exceptional within the narrow meaning of the statute. *United States v. Larue*, 478 F.3d 924, 925 (8th Cir. 2007) (*per curiam*). All material things considered, Perez-Medrano's renewed motion for release, *Doc. 887*, is therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 September 2020